# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D18-2290

————————————————

JEFFREY LYNN MCDONALD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Writ of Mandamus—Original Jurisdiction.

September 12, 2018

PER CURIAM.

The petition for writ of mandamus is denied. *See Munn v. Fla. Parole Comm'n*, 807 So. 2d 733 (Fla. 1st DCA 2002).

WOLF, ROWE, and KELSEY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Jeffrey Lynn McDonald, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.